IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| WARREN SKILLERN, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO.: CV611-088 |
| B. AVANT EDENFIELD, U.S. District Judge; G. R. SMITH, U.S. Magistrate Judge; and LISA G. WOOD, U.S. District Judge, | : |
| Defendants. | : |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff Warren Skillern ("Plaintiff") has made veiled and direct threats against judicial officers of this District.

Plaintiff's Objections are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's Complaint is **DISMISSED**, without prejudice. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

SO ORDERED, this ___3rd___ day of ___January___, 20_12_.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev. 8/82)